*** Filed ***
09:08 PM, 24 Sep, 2026
U.S.D.C. Eastern District of New York

Dear Judge Clay H. Kaminsky,

Please see the attached evidence for the defense in Dunston v. 255 Wilson Avenue Realty Corp. et al.

Case Number:1:26-cv-01089-OEM-CHK

This evidence demonstrates that 255 Wilson Avenue Realty Corp. exercised due diligence in providing disability access to the store. At the end of 2024, the property owner installed a customized wheelchair ramp for the ELVYS shop to accommodate the 6-inch clearance at the entrance and assist individuals with disabilities.

Enclosed are photos of the ramp for the record.

Best regards,

Kam Siu
255 Wilson Ave Building Manager


WELCOME
We Catering for all Occasions.
347 985 2399
MON - SAT 10AM 7PM
SUN - CLOSED
WE ACCEPT
CREDIT CARDS
G Pay
Pay
PULL
VISA
Empanadas
choose your Flavor!


VISA
PULL
Empanadas
255
ELVYS STORE


Empanadas
choose your flavor!
WELCOME
We Catering for all Occasions.
347 985 2399
MON - SAT10AM 7PM
SUN - CLOSED
WE ACCEPT
CREDIT CARDS
G Pay
Pay
WELCOME
255
ELVYS STORE


Empanadas
flavor!
VISA
PULL
255
ELVYS STORE