MARIA-COSTANZA BARDUCCI
Attorney at Law
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, NY 10011
(212) 433-2554

---

**September 30, 2026**

**Via CM/ECF**
Honorable Clay H. Kaminsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11202

***Re: Dunston v. 255 Wilson Avenue Realty Corp et al***
***Civil Action No: 1:26-cv-01089-OEM-CHK***
***Status Update Letter-Response to scheduling Order***

Dear Judge Kaminsky:

Pursuant to the Court's September 16, 2026 Order, Plaintiff, jointly with defendants, is filing this status letter to notify the Court that Laura Rodriguez has agreed to mediate the referenced action. The mediation is scheduled for October 28, 2026.

Respectfully Submitted,

**BARDUCCI LAW FIRM, PLLC**

s/Maria Costanza Barducci
Maria-Costanza Barducci, Esq.

cc: Via CM/ECF Only